CO-386-online
10/03

# United States District Court
# For the District of Columbia

Michael B. Dorsey )
)
)
)
vs   Plaintiff )   Civil Action No._____
)
American Express Company, et al. )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __American Express Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __American Express Company__ which have any outstanding securities in the hands of the public:

See Attachment A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__393428__
BAR IDENTIFICATION NO.

Julie Quagliano
Print Name

21355 Ridgetop Circle
Address

Dulles      VA      20166
City        State   Zip Code

571-434-7590
Phone Number

Schedule 2

**SUBSIDIARIES AND AFFILIATES OF AMERICAN EXPRESS COMPANY**

Unless otherwise indicated, American Express Company, a New York corporation, directly or indirectly owns all of the voting securities of these companies. Where the name of the company is indented, the voting securities of such company are owned directly by the company under which its name is indented. The attached list of American Express Company subsidiaries contains only active entities. Also, please note that the list is fluid with entities being added and removed throughout the year. Should you have any questions about our subsidiaries please contact your AXP Engaging Attorney.

| Name of Subsidiary | Jurisdiction of Incorporation |
|---|---|
| <S> | <C> |
| I. American Express Travel Related Services Company, Inc. and its Subsidiaries | |
| American Express Travel Related Services Company, Inc. | New York |
|   Amex Canada Inc. | Canada |
|     1001675 Ontario Inc. | Canada |
|     1001674 Ontario Inc. | Canada |
|     Rexport, Inc. | Canada |
|   Amex Bank of Canada | Canada |
|   American Express Company (Mexico) S.A. de C.V. | Mexico |
|   American Express Servicios Profesionales, S.A. de C.V. | Mexico |
|   American Express Bank, FSB | Utah |
|     American Express Receivables Financing Corporation IV LLC | Delaware |
|   American Express Centurion Bank | Utah |
|     American Express Centurion Services Corporation | Delaware |
|     American Express Receivables Financing Corporation III LLC | Delaware |
|   American Express Credit Corporation | Delaware |
|     American Express Australia | Australia |
|     American Express Euro Funding Limited Partnership | Scotland |
|     American Express Sterling Funding Limited Partnership | Scotland |
|       American Express Funding (Luxembourg) Sarl | Luxembourg |
|     American Express Overseas Credit Corporation Limited | Jersey, Channel Islands |
|       AEOCC Management Company, Ltd. | Jersey, Channel Islands |
|       American Express Overseas Credit Corporation N.V. | Netherlands Antilles |
|       Amex Finance (Luxembourg) Sarl | Luxembourg |
|     Credco Receivables Corp. | Delaware |
|     Credco Finance, Inc. | Delaware |
|     American Express Canada Credit Corporation | Canada |
|       American Express Canada Finance Limited | Canada |
|     American Express Credit Mexico, LLC | Delaware |
|     American Express Business Trust | Mexico |
|   American Express Dutch Capital, LLC | Delaware |
|   American Express Holdings Netherlands CV | Netherlands Antilles |
|     Amex Latin American Holdings S.L. | Spain |
|       Swiss Branch | Switzerland |
|   American Express Receivables Financing Corporation II | Delaware |
|   American Express Receivables Financing Corporation V LLC | Delaware |
|   American Express Limited | Delaware |
|     American Express Brasil Servicos de Apoio a Travelers Cheques Ltda. | Brazil |
|     American Express (Malaysia) Sdn. Bhd. | Malaysia |
|     American Express (Thai) Co. Ltd. (78% owned) | Thailand |
|     TRS Card International Inc. | Delaware |
|       American Express de Espana, S.A.U. | Spain |
|         Amex Asesores de Seguros S.A.U. | Spain |
|         American Express Entidad Financiera de Credito S.A.U. | Spain |
|         American Express Foreign Exchange S.A.U. | Spain |
|         American Express Viajes, S.A.U. | Spain |
|     American Express International (B) SDN.BHD. | Brunei |
|     American Express International Holdings, LLC | Delaware |
|       South Pacific Credit Card Ltd. | New Zealand |
|         Centurion Finance, Ltd. | New Zealand |
|       American Express Argentina, S.A. | Argentina |
|       American Express Holdings (France) SAS | France |
|         American Express France SAS | France |
|           American Express Carte France, S.A. | France |

2007

**Attachment A**

Case 1:07-cv-00885-PLF   Document 2   Filed 05/11/2007   Page 3 of 5

| Entity | Jurisdiction |
|---|---|
| American Express (Paris) SAS | France |
| American Express Assurances | France |
| American Express Services S. A. | France |
| American Express Voyages d'Affaires SAS | France |
| American Express Change SAS | France |
| American Express International, Inc. | Delaware |
|   Swisscard AECS AG (50% owned) | Switzerland |
|   American Express Hungary (c)Plc. | Hungary |
|   American Express Hungary Travel Related Services Ltd. | Hungary |
|   American Express Company A/S | Norway |
|   American Express Denmark A/S | Denmark |
|   American Express Locazioni Finanziarie, S.r.l. | Italy |
|   Amex Broker Assicurativo S.r.l. | Italy |
|   American Express International A.E. (Greece) (99% owned) | Greece |
|   American Express International (Taiwan), Inc. | Taiwan |
|   American Express Travel Holdings (Hong Kong) Limited | Hong Kong |
|   ACS AllCard Service GmbH | Germany |
|   American Express Bureau de Change S.A. | Greece |
|   AE Exposure Management Limited | Jersey, Channel Islands |
|   American Express Poland S.A. | Poland |
|   Sociedad Internacional de Servicios de Panama, S.A. | Panama |
|   American Express Business Solutions Co. Ltd. | Japan |
|   American Express International Services | Russia |
|   Amex Marketing Japan Limited | Delaware |
|   American Express (India) Private Ltd. | India |
|   P.T. American Express Travel Indonesia | Indonesia |
|   American Express spol. s.r.o. | Czech Republic |
|   Amex Travel Holding (Japan) Ltd. | Japan |
|     American Express Nippon Travel Agency, Inc. (55% owned) | Japan |
|   Amex Pre-Paid Card Y.K. Japan | Japan |
|   Schenker Rhenus Reisen Verwaltungsgesellschaft mbH | Germany |
|   American Express Holding AB | Sweden |
|     Resespecialisterna Syd AB | Sweden |
|     Forsakringsaktiebolaget Viator | Sweden |
|     Nyman & Schultz AB | Sweden |
|     Nyman & Schultz Corporate Card AB | Sweden |
|     Profil Reiser A/S (50% owned) | Denmark |
|     American Express Corporate Travel AS | Norway |
|     American Express Corporate Travel A/S | Denmark |
|   American Express Services India Limited (99.99% owned) | India |
|     American Express Foreign Exchange Services India Limited | India |
|   Mackinnons American Express Travel (Private) Limited (30% owned) | Sri Lanka |
|   American Express Superannuation Pty Limited | Australia |
|   American Express Wholesale Currency Services Pty. Limited | Australia |
|   American Express s.r.o. | Slovakia |
|   American Express Corporate Travel SA | Belgium |
|     American Express Corporate Travel SA | Luxembourg |
|   American Express Australia Limited | Australia |
|   American Express Holdings Limited | England |
|     American Express Services Europe Limited | England & Wales |
|       Uvet American Express Corporate Travel S.p. (35% owned) | Italy |
|       ICONCARD S.p.a. (50% owned) | Italy |
|       Immobiliare Spagna & Mignanelli S.r.l. (11.42% owned) | Italy |
|   American Express Travel Related Services Pakistan (Private) Limited | Pakistan |
|   Amex Life Insurance Marketing, Inc. | Taiwan |
|   Amex General Insurance Agency, Inc. | Taiwan |
|   American Express Travel Services Vostok, LLC | Russia |
|     American Express Travel Services | Russia |
|   Interactive Transaction Solutions Limited | England |
|     Interactive Transaction Solutions SAS | France |
| American Express Publishing Corporation | New York |
| Travellers Cheque Associates, Limited (54% owned) | England & Wales |
| Bansamex S.A. (50% owned) | Spain |
| Amex (Middle East) B.S.C. (50% owned) | Bahrain |
|   ASAL (American Express Saudi Arabia) (25% owned) | Bahrain |
|   Amex Oman LLC | Oman |
|   Amex Egypt Company | Egypt |
| American Express Europe Limited | Delaware |
| American Express France Holdings I LLC | Delaware |
|   American Express Management SNC | France |
|     American Express France Finance SNC | France |
| American Express France Holdings II LLC | Delaware |
| American Express Insurance Services, Ltd. | England & Wales |
| Cardmember Financial Services, Ltd. | Jersey, |

2007    2

| Entity | Jurisdiction |
|---|---|
| Integrated Travel Systems, Inc. | Texas |
| American Express Bank (Mexico), S.A. | Mexico |
|    American Express Bank Services, S.A. de C.V. | Mexico |
| American Express Incentive Services, Inc. | Delaware |
|    American Express Incentive Services, LLC (49% owned) | Missouri |
| American Express International (NZ), Inc. | Delaware |
| Cavendish Holdings, Inc. | Delaware |
| American Express Business Loan Corporation | Utah |
| Golden Bear Travel, Inc. | Delaware |
| Travel Impressions, Ltd. | Delaware |
| American Express Global Financial Services, Inc. | Delaware |
|    Sharepeople Group Limited | England |
|       American Express Insurance Services Europe Limited | England |
| American Express Travel Holdings (M) Company SDN | Malaysia |
| Mayflower American Express Travel Services SDN BHD | Malaysia |
| Ketera Technologies, Inc. (20% owned) | Delaware |
| Amex Card Services Company | Delaware |
| Belgium Travel | Belgium |
| Alpha Card SCRL (50% owned) | Belgium |
|    Alpha Card Merchant Services SCRL | Belgium |
| South African Travellers Cheque Company (Pty) Ltd. | South Africa |
| BOA Finance Company, Ltd. | Thailand |
| American Express (China) Ltd. | Delaware |
| Farrington American Express Travel Services Limited (37% owned) | Hong Kong |
| American Express Insurance Agency of Puerto Rico, Inc. | Puerto Rico |
| American Express Travel (Singapore) PTE Ltd. | Singapore |
| Eclipse Advisors, Inc. | Delaware |
| American Express Marketing & Development Corp. | Delaware |
| American Express Insurance Services Agente de Seguros SA de CV | Mexico |
| Rosenbluth International (Russia) Ltd. | Pennsylvania |
|    Rosenbluth Holding Company | Russia |
|    Rosenbluth International Travel, Ltd. | Russia |
| Rosenbluth France Holdings, S.A.R.I. | France |
|    Rosenbluth International France, S.A.R.I. | France |
| Travel Management Investments Ltd. U.K. | England |
|    Rosenbluth International U.K. Limited | England |
|       Travel Elite Limited U.K. | England |
| Rosenbluth International Hong Kong Ltd. | Hong Kong |
| Rosenbluth International Mexico | Mexico |
| Rosenbluth International Netherlands B.V. | The Netherlands |
|    Rosenbluth International B.V. | The Netherlands |
| Rosenbluth Germany GMBH | Germany |
|    Rosenbluth International GMBH | Germany |
| Rosenbluth International Reisebur GMBH Austria | Austria |
| Rosenbluth International Limited | Pennsylvania |
| Rosenbluth International (Israel) Ltd. | Israel |

II. American Express Banking Corp. and its Subsidiaries

| Entity | Jurisdiction |
|---|---|
| American Express Banking Corp. | New York |
|    American Express Bank Ltd. | Connecticut |
|       Amex Holdings, Inc. | Delaware |
|          Amex Cyber International Ltd. | British Virgin Islands |
|          American Express Bank GmbH | Germany |
|             American Express FinanzManagement GmbH | Germany |
|             AEB - International Portfolios Management Company | Luxembourg |
|          American Express Bank (Switzerland) S.A. | Switzerland |
|          Amex International Trust (Guernsey) Limited | Guernsey, Channel Islands |
|             Birdsong Limited | Guernsey, Channel Islands |
|             Songbird Limited | Guernsey, Channel Islands |
|             AITG Corporate Secretaries Limited | Guernsey, Channel Islands |
|             Nominees One Limited | Guernsey, Channel Islands |
|             Nominees Two Limited | Guernsey, Channel Islands |
|          American Express Bank Asset Management (Cayman) Limited | Cayman Islands |
|          American Express Bank Asset Management Company (Luxembourg) S.A. | Luxembourg |
|          American Express Financial Services (Luxembourg) S.A. | Luxembourg |

| | |
|---|---|
| Amex International Trust (Cayman) Ltd. | Cayman Islands |
|    Vesey Limited | Cayman Islands |
|     Global Nominees Limited | Cayman Islands |
| American Express Bank International | United States |
|   American Express International Securities, Inc. | Florida |
| Argentamex S.A. | Argentina |
| Amex Nominees (S) Pte Ltd. | Singapore |
| Amex Bank Nominee Hong Kong Limited | Hong Kong |
| Inveramex Chile Ltda. | Chile |
|   Amex Immobiliaria Ltda.(99% owned) | Chile |
| American Express Bank Ltd., S.A. | Argentina |
| American Express Bank Philippines (A Savings Bank), Inc. | Philippines |
| AEB Global Trading Investments, Ltd. | British Virgin Islands |
| American Express International Deposit Company | Cayman Islands |
| The American Express Nominees Limited (98% owned) | England & Wales |
| American Express Bank LLC | Russia |
| American Express Brasil Representacoes Ltda. | Brazil |
| American Express Brasil Servicos Internacionais Ltda. | Brazil |

III. Other Subsidiaries of the Registrant

| | |
|---|---|
| Ainwick Corporation | |
| American Express Asset Management Holdings, Inc. | Texas |
| American Express Investment Management Ltd. | Delaware |
| Amexco Insurance Company | Cayman Island |
| checks-on-line, Inc. | Vermont |
| Harbor Payments, Inc. | Delaware |
|   Harbor Payments Corporation | Delaware |
|   Fiware Holdings, Inc. | Georgia |
| National Express Company, Inc. | Delaware |
|   The Balcor Company Holdings, Inc. | New York |
|     The Balcor Company | Delaware |
| International Capital I Corp. | Delaware |
| Acamex Holdings, Inc. | Delaware |
|   Etisa Holdings Ltd. | Cayman Islands |
|     Empresas Turisticas Integradas, S.A. de C.V. (95% owned) | Cayman Islands |
| International Capital Corp. (Ltd.) Cayman | Mexico |
| Rexport, Inc. | Cayman Islands |
|   Drillamex, Inc. | Delaware |
| UMPAWAUG I Corporation | Delaware |
| UMPAWAUG II Corporation | Delaware |
| UMPAWAUG III Corporation | Delaware |
| UMPAWAUG IV Corporation | Delaware |
| 56th Street AXP Campus LLC | Delaware |
| FRC West Property L.L.C. | Arizona |
| | Arizona |