**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| MICHAEL B. DORSEY, | * |
| Plaintiff, | *     Case No. 07 CV 00885 |
| v. | * |
| | *     Judge Henry H. Kennedy |
| AMERICAN EXPRESS CO., ET AL., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>DEFENDANT CITIBANK'S ANSWER TO COMPLAINT</u>**

Defendant, Citibank, N.A. ("Defendant"), by its undersigned attorneys and pursuant to Federal Rules of Civil Procedure 7, 8, and 12, hereby answers the Complaint in this matter filed by Plaintiff, Michael Dorsey, which Complaint was removed to this Court from the Superior Court for the District of Columbia.

**Prefatory Remarks**

1. Citibank denies the allegations in Paragraphs 1 and 2 of the Complaint as they relate to Citibank. Citibank has insufficient knowledge to admit or deny the allegations as they relate to Defendant America Express and, thus denies the allegations.

**Complaint Specifications**

**I – Defendant American Express**

2. Citibank denies the allegations in Paragraphs 3 and 4 of the Complaint.

**II – Defendant Citibank**

3. Citibank denies the allegations in Paragraphs 5 -8 of the Complaint as they relate

to Citibank. Citibank has insufficient knowledge to admit or deny the allegations as they relate to Defendant American Express and, thus, denies those allegations.

### Points and Authorities

4. Citibank denies the allegations in Paragraph 9 as they relate to Citibank. Citibank has insufficient knowledge to admit or deny the allegations as they relate to Defendant American Express and, thus, denies those allegations.

### Relief

5. Citibank denies the allegations in Paragraph 10 as they relate to Citibank. Citibank has insufficient knowledge to admit or deny the allegations as they relate to Defendant American Express and, thus, denies those allegations.

6. Citibank denies all allegations not expressly admitted herein.

### ADDITIONAL AND AFFIRMATIVE DEFENSES

1. Citibank is not indebted as alleged.

2. Plaintiff has failed to name the proper party defendant; Citibank is not the proper party defendant.

3. Plaintiff has failed to state a claim against Plaintiff upon which relief can be granted.

4. Plaintiff's claims are barred by the applicable statute of limitations.

5. Plaintiff's claims are barred because he failed to comply with the terms and conditions of the parties' agreement.

6. Plaintiff's claims are barred because he has no standing to bring the complaint and is not the proper party to the Complaint.

7. Plaintiff failed to mitigate his damages.

8. Plaintiff's claims fail because Plaintiff was contributory negligent.

9. Plaintiff's claims are barred by the doctrine of assumption of the risk.

10. Plaintiff's claims are barred by the doctrine of unclean hands.

11. Plaintiff's claims are subject to credits, recoupment and/or set-off.

12. Plaintiff's claims are barred by the doctrines of waiver, estoppel and/or laches.

13. Defendant reserves the right to assert all defenses that may be available based upon facts as they become known through discovery or during any trial of this matter.

WHEREFORE, Defendant respectfully request that Plaintiff's complaint be dismissed with prejudice; that Defendant be awarded costs and expenses, including reasonable attorney's fees in defendant this action; and for other or further relief that this Honorable Court deems just and proper.

Respectfully submitted,

_____/s/ *Tessa L. Frederick*_____
Tessa L. Frederick, Bar No. 465519
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant, Citibank, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant, Citibank's Answer to Complaint was mailed via first class mail, postage prepaid, this 16th day of May, 2007, to:

>Michael B. Dorsey
>1245 ½ Duncan Place, N.E.
>Washington, D.C. 20002
>
>Pro Se Plaintiff

_____/s/ <i>Tessa L. Frederick</i>_____<br>Tessa L. Frederick