IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| MICHAEL B. DORSEY, | * | |
| Plaintiff, | * | Case No. 07 CV 00885 |
| v. | * | |
| | | Judge Henry H. Kennedy |
| | * | |
| AMERICAN EXPRESS CO., ET AL., | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE – RULE LCvR 7.1

I, the undersigned, counsel of record for Defendant, Citibank, N.A. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant, Citibank, N.A. which has outstanding securities in the hands of the public:

Citibank, N.A. is not a publicly held company. Citibank, N.A. is a subsidiary of Citicorp, which is a subsidiary of Citigroup Inc., whose shares are publicly traded. The following are subsidiaries and affiliates of Citibank, N.A. whose shares are publicly held: Banco Honduras S.A., Central Holding Corp., Companie General de Banque Citibank, Citibank Espania, S.A., Citibank Portugal S.A. City Trust Banking Corp,, Citibank Belgium S.A., Citibank Privatkunden A. B., Saudi American Bank, United Bank of Trinidad and Tobago Ltd, Associates First Capital Corporation, The Student Loan Corporation, CitiFinancial Credit Company, Smith Barney Holdings, Inc., Interchange, S.A., Citilife, S.A./ N.V., Citicorp Securities and Investments Limited, Citicorp Deutschland Artiengesellschaft, Greater South Community Service Corp, Citimmobilaria E Inversiones, S.A. De C.V.

These representations are made in order that judges of this Court may determine the need for recusal.

              /s/  *Tessa L. Frederick*
            Tessa L. Frederick # 465519
            Miles & Stockbridge P.C.
            10 Light Street
            Baltimore, Maryland 21202
            (410) 727-6464

            Counsel for Defendant, Citibank, N.A.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Certificate LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia was mailed via first class mail, postage prepaid, this 16th day of May, 2007, to:

>Michael B. Dorsey
>1245 ½ Duncan Place, N.E.
>Washington, D.C. 20002
>
>Pro Se Plaintiff

_____/s/  Tessa L. Frederick_____
Tessa L. Frederick
