United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001
Civil Division

ORIGINAL

|  |  |
|---|---|
| Michael B. Dorsey, Plaintiff, Pro Se ) | HH Kennedy, Judge |
| ) | Civil Action No. 07-885 |
| Vs ) |  |
| ) |  |
| American Express Company and Citi Bank ) |  |
| ) |  |

**Plaintiff's Opposition to Defendant Citi Bank's Motion to Dismiss**

This matter comes in opposition to Defendant, Citi Bank's appeal to dismiss this claim, as defendant has apparently failed to comprehend the true elements and facts regarding the issues in this case. Defendant appeared to claim that the plaintiff, Michael B. Dorsey, lacks standing because Mark Dorsey, his son, holds an account at Citi Bank (although Michael Dorsey also holds an account at Citi Bank) made payment to the plaintiff's American Express account.

The true issue is not whether Mark executed payment via of his Citi Bank account, and whether Citi Bank engaged in a breach of trust against Mark by not keeping a promise to pay from his ( Mark's ) account – rather, the issue are as follows:

I
Whether Citi Bank caused harm, most particularly to the
plaintiff – whether payment was made from the plaintiff's account at Citi Bank,
or whether otherwise?

II
Whether, most particularly, Citi Bank breach trust to pay American Express for
the plaintiff's account whether he is an account-holder with Citi Bank
notwithstanding; and whether an obligation required a timely and
proper payment to American Express as equity should have dictated in
the case of a regular Citi-Bank account-holder; whether this plaintiff;
and, was harmed to a degree that Citi Bank should be responsible?

RECEIVED
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Argument**

This plaintiff proffers that Citi Bank had an obligation to properly execute payment to his American Express (as it failed to do) account of the plaintiff's, and because he was not the issuer of the request for payment from his own Citi Bank account, that did not destroy the obligation for defendant Citi Bank to act professionally and honestly and make the payment. As a matter of fact, the actual account-holder, Mark Dorsey, need not have been injured or have become a party to this litigation. The prevailing question is whether the plaintiff was injured, and not whether Mark Dorsey was injured – and whether the defendant, Citi Bank, had a duty to the plaintiff, or whether the defendant may have merely neglected the plaintiff as it occurred?

Perhaps counsel failed to comprehend the substance of the case, and eluded to a more technical issue – whereas the real issue is whether Citi Bank should have purported via its advertising that payment would have been made within 24-hours – but in fact made a $1500 interest-free loan from the plaintiff and enjoyed a longer opportunity to hold moneys, at the expense of the plaintiff?

**Points and Authorities**

Counsel claimed that plaintiff's pleading was ambiguous so that the case should be dismissed; it was apparently understandable to a point that questions and issues were addressed. Counsel said that information was absent – as defendant Citi Bank holds the missing information.

Points and authorities in this matter rely upon equity and whether it is fair to the plaintiff to rely upon defendant Citi Bank to execute his payment to American Express – and if Citi Bank agreed to present payment and harmed the plaintiff, then they had an obligation to the plaintiff, and should have a requirement to correct.

_____
Plaintiff, Michael B. Dorsey, Pro se

This 22nd day of May, 2007

United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001
Civil Division

|  |  |  |
|---|---|---|
| Michael B. Dorsey, Plaintiff, Pro Se | ) ) ) | Civil Action No. 07-885 |
| Vs | ) ) |  |
| American Express Company and Citi Bank | ) ) ) |  |

Plaintiff's Opposition to Defendant Citi Bank's Motion to Dismiss

Certificate of Service

I certify that a copy of this Motion for Leave to Amend Complaint has been mailed, postage pre-paid to counsel of records for defendants in this case.

*[signature]*
Plaintiff, Michael B. Dorsey, Pro se

This 22nd day of May, 2007