United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001
Civil Division

**ORIGINAL**

Motion for Leave to Amend Complaint

---

Michael B. Dorsey, Plaintiff, Pro Se

vs

American Express Company and Citi Bank

Judge Henry H. Kennedy

Civil Action No. 07- 885

---

This matter comes after the plaintiff filed an original complaint against the above two defendants. Subsequent to filing the action, counsel for American Express, Paul Hiemberg, contacted the plaintiff and discussed certain specifics of the case and agitated the matter by breaching the trust of American Express.

The original complaint in this matter is thus amended to include the following:

I

Defendant American Express erred again on or about May 3, 2007, when counsel for defendant American Express, Paul Hiemberg, engaged in a breach of trust to the plaintiff when he rescinded a promise that defendant, American Express made to restore the status of the card contingent upon complete payment of the account, and contingent upon approval. Counsel, moreover, denied the request when he said "no" to the desire and intentions of plaintiff to repay the entire $3000 balance on the account;

II

Counsel admitted that American Express made a false claim of a "no pre-set limit" on its accounts -- a claim now that Defendant apparently ceased advertising, and apparently after and because of a 60-Minute and United States Congress expose'. The plaintiff asks the court to incorporate counsel's statement to him in this record and hold it for additional consideration in this litigation, and hold it as an additional complaint in the litigation, and particularly because of the aggravating effect that counsel's statement made on this case;



RECEIVED

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-2-

### III

Plaintiff seeks the court's indulgence in the matter of two errors that the defendant, American Express made, (1) The plaintiff referred to as "defendant" on the information sheet, and, (2) On page two of the civil cover sheet, defendant American Express failed to check "jury" rather, "non-jury" was placed in the box. This plaintiff desires a jury trial;

### IV

Mr. Heimberg, original counsel on behalf of American Express, acknowledged that Citi Bank was the cause of the matter.

### Prayer

Wherefore, plaintiff prays and seeks this Honorable court's indulgence and relies upon acceptance of this request to amend the original complaint.

_____
Plaintiff, Michael B. Dorsey, Pro se

This 13th day of May, 2007

United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001
Civil Division

Motion for Leave to Amend Complaint

---

Michael B. Dorsey, Plaintiff, Pro Se

Civil Action No. 07- 885

vs

American Express Company and Citi Bank

---

Certificate of Service

I certify that a copy of this Motion for Leave to Amend Complaint has been mailed, postage pre-paid to counsel of records and/or defendants in this case.

_____
Plaintiff, Michael B. Dorsey, Pro se

This 23rd day of May, 2007

United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001
Civil Division

Motion for Leave to Amend Complaint

Michael B. Dorsey, Plaintiff, Pro Se

Judge Henry H. Kennedy

Civil Action No. 07-885

vs

American Express Company and Citi Bank

ORDER

Upon consideration of the plaintiff's Motion for Leave to Amend Complaint and any and all motions to the contrary, this _____ day of _____, 2007, hereby **ORDERED**:

That the plaintiff's motion for Leave to Amend Complaint is hereby granted; and moreover,

**ORDERED,** that plaintiff's motion is granted and entered, and the matter may proceed as part of the record.

Judge
U. S. District Court for the District of Columbia