UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL B. DORSEY,             )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No.  07-0885 (PLF)
                               )
AMERICAN EXPRESS COMPANY, et al. )
                               )
        Defendants.            )

## ORDER

It is hereby ORDERED that plaintiff's Motion for Leave to Amend [8] is DENIED.  Under Rule 408(a) of the Federal Rules of Evidence, statements made in a good faith effort to reach settlement are not admissible.  This Court also notes that all motions to amend pleadings must be accompanied by the proposed pleading.  See Local Civil Rule 15.1.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 25, 2007