United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001
Civil Division

**<u>ORIGINAL</u>**

| | | |
|---|---|---|
| Michael B. Dorsey, Plaintiff, Pro Se | ) | |
| | ) | Civil Action   No.  07-0885 PLF) |
| Vs | ) | |
| | ) | |
| American Express Company, et al., | ) | |
| Defendants | ) | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT LATE

This matter appears after the Court issued a Memorandum Opinion and Order and required the Plaintiff's to present an amended complaint that would clarify this action, as apparently Defendants did not understand the complaint.

### REQUEST

Plaintiff hereby respectfully seeks additional time, preferably a time at least fourteen days after September 14, 2007, as that is the date of my return from out of the country – as I will be away from August 16th until September 14, 2007.  I addition I am scheduled for jury duty (juror number 03-0032) beginning August 24, 2007.   I asked earlier for jury relief because I have this civil action, but do not know the results of that request to the jury office.

### PRAYER

The Plaintiff respectfully asks this honorable Court to consider and grant this request for an enlargement of time to submit the Motion for Leave to File Amended Complaint Late.

Plaintiff, Michael B. Dorsey, Pro se

This 7th day of August, 2007

RECEIVED
AUG - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001
Civil Division

---

Michael B. Dorsey, Plaintiff, Pro Se    )
                                        )    Civil Action   No. 07-0885 PLF)
Vs                                      )
                                        )
American Express Company, et al.,       )
                                        )
Defendants

---

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT LATE

### CERTIFICATE OF SERVICE

I certify that a copy of this Motion has been mailed, postage pre-paid to counsel of records for defendants in this case.

_____
Plaintiff, Michael B. Dorsey, Pro se

This 9th day of August, 2007

United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001
Civil Division

| | | |
|---|---|---|
| Michael B. Dorsey, Plaintiff, Pro Se | ) ) | Civil Action  No. 07-0885 PLF) |
| Vs | ) ) | |
| American Express Company, et al., | ) ) | |
| Defendants | | |

## ORDER

Upon consideration of this motion, filed by the Plaintiff and consideration of all the parties concerned, it is, by this Court, this _____ of _____, 200 ____,

**ORDERED:**

   o  (1) That this motion be and is hereby,   GRANTED ___      DENIED ___

(2) That _____

_____

_____

_____

_____

_____

                                                _____
                                                PAUL L. FRIEDMAN
                                                UNITED STATES DISTRICT JUDGE

This ____ day of _____, 200 ____