IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| MICHAEL B. DORSEY, | * | |
| Plaintiff, | * | Civil Action No. 07-0885 (PLF) |
| v. | * | |
| | * | |
| AMERICAN EXPRESS CO., ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT CITIBANK'S ANSWER TO AMENDED COMPLAINT

Defendant, Citibank, N.A. ("Defendant"), by its undersigned attorneys and pursuant to Federal Rules of Civil Procedure 7, 8, 12 and 15, hereby files this answer to the Amended Complaint filed in this matter filed by Plaintiff, Michael Dorsey, and states as follows.

### Prefatory Remarks

1. Citibank denies the allegations in Paragraphs 1, 2 and 3 under the heading entitled "Prefatory Remarks" of the Amended Complaint as they relate to Citibank. These paragraphs appear to be miscellaneous, unnecessary and inappropriate pontifications which Citibank has insufficient knowledge to admit or deny and thus denies any actual allegations made in these paragraphs.

### Complaint Specifications

2. Citibank denies the allegations contained in the paragraph under the heading entitled, "Complaint Specifications" as they relate to Citibank.

## COUNT I

3. Citibank has insufficient knowledge to admit or deny the allegations in the first paragraph under Roman numeral I of the Amended Complaint, thus those allegations are denied.

4. Citibank denies the allegations in contained in the second paragraph under Roman numeral I of the Amended Complaint.

## COUNT II

5. The allegations contained under Roman numeral II of the Amended Complaint are not directed to Citibank, but Citibank denies any allegations which might be related to Citibank. Citibank has insufficient knowledge to admit or deny the allegations as they relate to Defendant American Express and, thus, denies those allegations.

## COUNT III

6. The allegations contained under Roman numeral III of the Amended Complaint are not directed to Citibank, but Citibank denies any allegations which might relate to Citibank. Citibank has insufficient knowledge to admit or deny the allegations as they relate to Defendant American Express and, thus, denies those allegations.

## ADDITIONAL AND AFFIRMATIVE DEFENSES

1. Citibank is not liable as alleged.

2. Plaintiff has failed to name the proper party defendant; Citibank is not the proper party defendant.

3. Plaintiff has failed to state a claim against Plaintiff upon which relief can be granted.

4. Plaintiff's claims are barred by the applicable statute of limitations.

5.  Plaintiff's claims are barred because he failed to comply with the terms and conditions of the parties' agreement.

6.  Plaintiff's claims are barred because he has no standing to bring the complaint and is not the proper party to the Complaint.

7.  Plaintiff failed to mitigate his damages.

8.  Plaintiff's claims fail because Plaintiff was contributory negligent.

9.  Plaintiff's claims are barred by the doctrine of assumption of the risk.

10. Plaintiff's claims are barred by the doctrine of unclean hands.

11. Plaintiff's claims are subject to credits, recoupment and/or set-off.

12. Plaintiff's claims are barred by the doctrines of waiver, estoppel and/or laches.

13. Defendant reserves the right to assert all defenses that may be available based upon facts as they become known through discovery or during any trial of this matter.

WHEREFORE, Defendant, Citibank, N.A., respectfully requests that Plaintiff's amended complaint be dismissed with prejudice; that Defendant be awarded costs and expenses, including reasonable attorney's fees in defendant this action; and for other or further relief that this Honorable Court deems just and proper.

Respectfully submitted,

/s/ Tessa L. Frederick
Tessa L. Frederick, Bar No. 465519
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant, Citibank, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant, Citibank's Answer to Amended Complaint was mailed via first class mail, postage prepaid, this 15th day of October 2007, to:

>Michael B. Dorsey
>1245 ½ Duncan Place, N.E.
>Washington, D.C. 20002
>
>Pro Se Plaintiff

>/s/ *Tessa L. Frederick*
>Tessa L. Frederick