IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **MICHAEL B. DORSEY,** | * | |
| Plaintiff, | * | Civil Action No. 07-0885 (PLF) |
| v. | * | |
| **AMERICAN EXPRESS COMPANY,** *et al.*, | * | |
| Defendants. | * | |

**DEFENDANT AEC'S ANSWER TO AMENDED COMPLAINT**

Defendant American Express Company ("AEC" or "Defendant"), by counsel, Quagliano & Seeger, P.C., and pursuant to Rules 8, 12 and 15 of the Federal Rules of Civil Procedure, files this answer to Pro Se Plaintiff's Clarified Amended to the Original Complaint ("Amended Complaint") as follows:

**Prefatory Statement**

1.   AEC denies the allegations in Paragraphs 1-3 of the Amended Complaint as they relate to AEC and counsel.  AEC has insufficient knowledge to admit or deny the other allegations in Paragraphs 1-3 and, thus, denies the allegations.

**Complaint Specifications**

2.   AEC incorporates by reference its answers to the original complaint as if fully set forth herein.  AEC denies the allegations in Paragraphs 4-5 as they relate to AEC.  AEC has insufficient knowledge to admit or deny the other allegations in Paragraphs 4-5 and, thus, denies the allegations.

**I**

3.   AEC denies the allegations in Paragraphs 6-7 under Count I of the Amended

Complaint and as they relate to AEC. AEC has insufficient knowledge to admit or deny the allegations as they relate to Defendant Citibank and, thus, denies the allegations.

## II

4. AEC denies the allegations in Paragraph 8 under Count II of the Amended Complaint.

## III

5. AEC denies the allegations in Paragraph 9 under Count III of the Amended Complaint.

6. AEC denies all allegations not expressly admitted herein.

## ADDITIONAL AND AFFIRMATIVE DEFENSES

1. AEC is not indebted as alleged.

2. Plaintiff has failed to name the proper party defendant; AEC is not the proper party defendant.

3. Plaintiff has failed to state a claim against AEC upon which relief can be granted.

4. Plaintiff's claims are barred by the applicable statute of limitations.

5. Plaintiff's claims are barred because he failed to comply with the terms and conditions of the parties' agreement.

6. Plaintiff's claims are barred because he breached his agreement with American Express.

7. Plaintiff failed to mitigate his damages.

8. Plaintiff's claims fail because Plaintiff was contributorily negligent.

9. Plaintiff's claims are barred by the doctrine of assumption of the risk.

10. Plaintiff's claims are barred by the doctrine of unclean hands.

11. Plaintiff has failed to satisfy the conditions precedent to filing suit.

12. Plaintiff's claims are subject to credits, recoupment and/or set-off.

13. Plaintiff's claims are barred because Plaintiff failed to act in a prudent and reasonable manner in reviewing the monthly statements from American Express and in the way Plaintiff's handled and maintained his credit cards and accounts.

14. Plaintiff's claims are barred by the doctrines of waiver, estoppel and/or laches.

15. Defendant reserves the right to assert all defenses that may be available based upon facts as they become known through discovery or during any trial of this matter.

WHEREFORE, Defendant respectfully request that Plaintiff's amended complaint be dismissed with prejudice; that Defendant be awarded its costs and expenses, including reasonable attorneys' fees in defending this action; and for other or further relief that this Honorable Court deems just and proper.

    Respectfully submitted,

    QUAGLIANO & SEEGER

By:    /s/ Julie Quagliano
    Julie Quagliano, DC Bar #393428
    Lakeside at Loudoun Tech Center III
    21355 Ridgetop Circle, Suite 110
    Dulles, Virginia 20166
    Phone: (571) 434-7590
    Direct Line: (571) 434-7592
    Fax: (571) 434-9006
    Email: quagliano@quagseeg.com

**Counsel for American Express Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, first class postage prepaid, on October 17, 2007, to:

Michael B. Dorsey
1245 ½ Duncan Place, NW
Washington, DC 20002

**Pro Se Plaintiff**


Tessa L. Frederick, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
Phone: 410-727-6464
Email: tfrederick@milesstockbridge.com

**Counsel for Defendant Citibank, N.A.**


                                                 __/s/ Julie Quagliano_____
                                                 Julie Quagliano