**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | | |
|---|---|---|
| MICHAEL B. DORSEY, | * | |
| Plaintiff, | * | Civil Action No. 07-0885 (PLF) |
| v. | * | |
| | * | |
| AMERICAN EXPRESS CO., ET AL., | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## LOCAL CIVIL RULE 16.3(d) REPORT AND PROPOSED SCHEDULING ORDER

Plaintiff, Michael Dorsey and Defendants, American Express Co. ("AEC") and Citibank, N.A. ("Bank"), by their undersigned attorneys and pursuant to Local Civil Rule 16.3(d) of this Court, hereby file this Report and Proposed Scheduling Order and state as follows:

**1.   Dispositive Motions**

Defendants believe this case can be disposed of by dispositive motions at the close of discovery.

**2.   Joinder of Other Parties/Amendment of the Pleadings/Narrowing of Issues**

The parties agree that the deadline by which other parties must be joined and the pleadings amended should occur within one (1) month after the entry of a Scheduling Order. AEC requests that the parties amend the pleadings in this action to substitute "American Express Travel Related Services Company, Inc." ("AETRS"), the proper party defendant for AEC, which is *not* the proper party defendant and merely serves as a parent holding company for AETRS and other American Express entities. At this time, there are no further factual or legal issues that can be agreed upon or narrowed.

3. **Assignment to a Magistrate Judge**

The parties have agreed that they do not want a Magistrate Judge assigned to this matter.

4. **Whether There is a Realistic Possibility of Settlement**

All parties are open to the possibility of settlement at this time.

5. **Whether the Case Could Benefit From ADR**

The parties are in agreement that this case is not appropriate for alternative dispute resolution and do not want binding or non-binding arbitration. However, the Defendants would consider mediation, if appropriate. Plaintiff is undecided regarding his position on mediation at this time.

6. **Summary Judgment Motions**

The parties agree that the dispositive motions deadline should be set for forty-five days from the date of the close of discovery. The parties agree that any response or opposition to dispositive should be set for 30 days after the dispositive motions deadline and replies must be filed 20 days after responses are due.

7. **Rule 26(a)(1) Initial Disclosures**

The parties agree that it is appropriate to dispense with the initial disclosures required by Rule 26(a)(1).

8. **Discovery Matters**

   A. **Commencement of Discovery**

The Parties agree that discovery may be commenced immediately.

   B. **Extent of Discovery**

The parties believe that the case should involve the normal exchange of Interrogatories, Request for Production of Documents, Requests for Admission and depositions. In addition,

Defendants may require the entry of a Protective Order during discovery if defense counsel deems it appropriate to request information regarding the policies and procedures of Defendants.

      **C.**      **How Long Discovery Should Take**

The parties agree that the discovery deadline in this case should be set for six (6) months from the entry of the Scheduling Order.

      **D.**      **Limits on Discovery**

The parties do not currently see the need for any limits on discovery other than what is contained in the Federal Rules of Civil Procedure and the Rules of this Court.

**9.**      **Experts**

(a)      Plaintiff shall designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures 90 days after the entry of a Scheduling Order;

(b)      Defendants shall designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures 45 days after Plaintiff's required disclosure;

(c)      Plaintiff shall identify any rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) 30 days after Defendant's disclosure;

(d)      Each party will make their experts available for deposition within 15 days of the designations and disclosures pertaining to that expert.

**10.**      **Class Certification**

This is not a case involving class certification.

**11.**      **Bifurcation of Discovery and Trial**

The parties do not wish to bifurcate the trial or discovery.

**12.**      **Pretrial Conference**

The parties propose that pretrial conference be held within 30 days after rulings on dispositive motions.

**13.** **Trial**

The Parties believe the Court should set a firm trial date to be set 30 to 60 days after the pretrial conference.

**14.** **Other Matters**

[Reserved].

A proposed Scheduling Order is attached hereto and incorporated herein by reference.

WHEREFORE, Plaintiff and Defendants respectfully submit this report and the proposed Scheduling Order for the Court's review and consideration.

Respectfully submitted,

_____/s/_____        _____/s/_____
Michael B. Dorsey                                   Tessa L. Frederick # 465519
1245 ½ Duncan Place, N.E.                           Miles & Stockbridge P.C.
Washington, D.C. 20002                              10 Light Street
(202) 250-0597                                      Baltimore, Maryland 21202
                                                    (410) 727-6464
Pro Se Plaintiff
                                                    Counsel for Defendant, Citibank, N.A.


_____/s/_____
Julie Quagliano  #393428
Quagliano & Seeger, P.C.
Lakeside at Loudoun Tech Center III
21355 Ridgetop Circle
Suite 110
Dulles, Virginia  20166
Phone: (571) 434-7590

Counsel for American Express Company

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| MICHAEL B. DORSEY, | * | |
| Plaintiff, | * | Civil Action No.  07-0885 (PLF) |
| v. | * | |
| | * | |
| AMERICAN EXPRESS CO., ET AL., | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the Report and Proposed Scheduling Order filed by the parties pursuant to Local Civil Rule 16.3(d), it is _____ day of _____, 200__, hereby

ORDERED that the deadline for joining additional parties be, and the same hereby is, _____; it is further

ORDERED that the deadline for amendments of pleadings be, and the same hereby is, _____; and it is further

ORDERED that all pleadings in this matter, and the caption, shall be amended to substitute American Express Travel Related Services Company, Inc. ("AETRS") for "American Express Company" ("AEC"); and it it further

ORDERED that Plaintiff will designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by _____; Defendants will designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by _____; Plaintiff will identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by _____; and it is further

2

ORDERED that the deadline for the completion of all discovery be, and the same hereby is, _____; and it is further

ORDERED that the deadline for the filing of dispositive motions be, and the same hereby is, _____; and it is further

ORDERED that any oppositions to dispositive motions shall be filed by _____, and any replies shall be filed by _____; it is further

ORDERED that the parties shall appear on the _____ day of _____, 2008 in courtroom _____ at _____ am/pm for a pretrial conference; it is further

ORDERED that the trial of this matter is set to commence on the _____ day of _____, 2008.


Dated: _____         _____
                                   The Honorable Paul L. Friedman, Judge
                                   United States District Court for the
                                   District of Columbia