UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
MICHAEL B. DORSEY,                          )
                                            )
       Plaintiff,                           )
                                            )
       v.                                   )   Civil Action No. 07-0885 (PLF)
                                            )
AMERICAN EXPRESS COMPANY, et al.,           )
                                            )
       Defendants.                          )
_____)


ORDER OF REFERRAL

       This matter came before the Court for a status conference on November 9, 2007. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

       ORDERED that this matter is referred to Magistrate Judge Kay for settlement discussions, beginning on November 19, 2007; discussions shall conclude on or before December 19, 2007. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference. It is

       FURTHER ORDERED that discovery in this matter is stayed. There will be a status conference before the undersigned on December 20, 2007 at 9:00 a.m.

       SO ORDERED.


                          _____/s/_____
                          PAUL L. FRIEDMAN
                          United States District Judge

DATE: November 9, 2007