IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| MICHAEL B. DORSEY, | * | |
| Plaintiff, | * | Civil Action No. 07-0885 (PLF) |
| v. | * | |
| AMERICAN EXPRESS COMPANY, *et al.*, | * | |
| Defendants. | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. AND AMERICAN EXPRESS COMPANY**

Plaintiff Michael B. Dorsey ("Plaintiff"), Defendant American Express Travel Related Services Company, Inc. and American Express Company (to the extent it is still a party to this action), collectively referred to as "American Express," hereby stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that American Express is dismissed, with prejudice, from this action each party (Plaintiff and American Express) to bear its own costs and fees, Plaintiff having settled and resolved his dispute with American Express. This Stipulation shall have no impact or effect as to Plaintiff's claims against Defendant Citibank, NA, which claims remain the subject matter of this litigation.

Respectfully submitted,

_/s/ Michael B. Dorsey_
Michael B. Dorsey
1245 ½ Duncan Place, NW
Washington, DC 20002

**Pro Se Plaintiff**

QUAGLIANO & SEEGER, PC

By: *[signature]*

Julie Quagliano, DC Bar #393428
Lakeside at Loudoun Tech Center III
21355 Ridgetop Circle, Suite 110
Dulles, Virginia 20166
Phone: (571) 434-7590
Direct Line: (571) 434-7592
Fax: (571) 434-9006
Email: quagliano@quagseeg.com

**Counsel for Defendant American Express Travel Related Services Co., Inc. and American Express Company**

**SEEN AND CONSENTED TO:**

*[signature]* by consent JQ

Tessa L. Frederick, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
Phone: 410-727-6464
Email: tfrederick@milesstockbridge.com

**Counsel for Defendant Citibank, N.A.**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, first class postage prepaid, on January 15, 2008, to:

17

Michael B. Dorsey
1245 ½ Duncan Place, NW
Washington, DC 20002

**Pro Se Plaintiff**

Tessa L. Frederick, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
Phone: 410-727-6464
Email: tfrederick@milesstockbridge.com

**Counsel for Defendant Citibank, N.A.**

_____
Julie Quagliano