UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL B. DORSEY                          )
                                           )
            Plaintiff                      )
    v.                                     )   Civil Action No.
                                           )   1:07-cv-00885 PLF/AK
AMERICAN EXPRESS COMPANY and               )
CITIBANK                                   )
                                           )
            Defendants                     )

## NOTICE OF APPEARANCE

Please enter the appearance of Jacob A. Stein for the limited purpose of representing the Plaintiff, Michael B. Dorsey, during the mediation process.

Respectfully submitted,

_____
Jacob A. Stein, No. 052233
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W., # 1100
Washington, DC 20036
(202) 737-7777 * Fax (202) 296-8312
E-Mail: jstein@steinmitchell.com
Counsel for Plaintiff (for Mediation)

February 1, 2008

## Certificate of Service

I certify that on this 1st day of February the above praecipe entering my appearance is being filed with the Court's Electronic Case Filing (ECF) system, which system will serve opposing counsel, namely: (1) Julie Ann Quagliano, Esq., Quagliano & Seeger, P.C., 2620 P Street, N.W., Washington, DC 20007, counsel for American Express Company (now dismissed as a defendant), and (2) Tessa Laspia Frederick, Esq., Miles & Stockbridge, P.C., 10 Light Street, Suite 1200, Baltimore, MD 21202, counsel for Citibank, and that a copy is being mailed via first class mail to the plaintiff, Michael B. Dorsey, 1245-1/2 Duncan Place, N.E., Washington, DC 20002.

_____
Jacob A. Stein