UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL B. DORSEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-0885 (PLF) |
| CITIBANK, | ) ) ) | |
| Defendant. | ) ) ) | |

SCHEDULING ORDER

The parties appeared for a status conference on April 15, 2008. Based upon the representations of counsel and the *pro se* plaintiff, it is hereby ORDERED that

1. Discovery shall be completed by November 12, 2008. Counsel and the *pro se* plaintiff must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

2. Disclosures, by the defendant only, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by May 15, 2008.

3. Requests for production of documents, interrogatories, and requests for admissions shall be served on or before May 30, 2008. Each party is limited to a maximum of 25 interrogatories to any other party. All responses are due on or before June 30, 2008.

4. Each party is limited to a maximum of 3 depositions. Defendant shall depose the plaintiff, if at all, on or before July 30, 2008. Plaintiff shall send his written deposition notices (or list of witnesses to be deposed), if any, to defendant's counsel on or before

September 12, 2008.  All depositions are to be completed before November 12, 2008.

      5.      Dispositive motions may be filed at any time but must be filed no later than December 12, 2008.  Responses in opposition will be due 30 days after the filing of the motion.  Replies, if any, will be due 8 days after the filing of the opposition.

      6.      Counsel and the *pro se* plaintiff are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel and the *pro se* plaintiff are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers.  Counsel and the *pro se* plaintiff shall not file a discovery motion without a prior conference with the Court and the opposing counsel or party.

      7.      Counsel and the *pro se* plaintiff are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge.  If the case settles in whole or in part, the parties shall advise the Court by promptly filing a stipulation.

8.  Counsel and the *pro se* plaintiff are reminded to comply with Local Civil Rule 7(m), which requires counsel and the *pro se* plaintiff to confer on all nondispositive motions prior to filing them with the Court.  See LCvR 7.  The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  April 15, 2008

3