IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| MICHAEL B. DORSEY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 07-0885 (PLF) |
| AMERICAN EXPRESS CO., ET AL., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES

Defendant, Citibank ("Defendant" or "Citibank"), through undersigned counsel and pursuant to Rule 26(a)(1), hereby submits its initial disclosures. Citibank reserves the right to supplement these disclosures as additional information is discovered.

A. **Identities of individuals likely to have discoverable information**

1. Plaintiff, Michael B. Dorsey ("Plaintiff"), regarding the allegations contained in the Complaint.

2. Mark A. Dorsey, 6935 Vista Willow Drive, Dallas, TX 75248. Mr. Dorsey is the Plaintiff's son, and he has information regarding the transfer of funds made from his Citibank account to the American Express credit card account of Plaintiff, which is the subject of the dispute in this case.

3. A corporate representative of American Express, whose purpose would be to review and explain (1) the policies and procedures of American Express credit card accounts (2) the information contained on Plaintiff's American Express credit card account statements and (3) its disputes with Plaintiff regarding his American Express credit card account.

4. A corporate representative of Citibank, N.A., whose purpose would be to read and explain Citibank's policies and procedures with regard to electronic funds transfers, online banking transfers and the transfer made by Mark Dorsey from his Citibank account

        to the American Express credit card account of Plaintiff which is the subject of this lawsuit.

    5.    Any witnesses identified by the Plaintiff.

    6.    Citibank reserves the right to supplement this disclosure as discovery and its investigation warrants.

  **B.**    **Documents**

    1.    Plaintiff's American Express credit card account statements (Bates Nos. CB 0001 to CB 0060)

    2.    Plaintiff's complaint letter to Citibank, Citibank's customer service notes regarding letter and Citibank's response (Bates Nos. CB 0061-65)

    3.    Copies of Citibank's policies regarding electronic funds transfers (Bates Nos. CB 0066-77)

    4.    Copies of Citibank's policies and procedures for online bill payments (Bates Nos. CB 0078-82)

    4.    Merchant Transaction Report regarding $1,500 transfer by Mark Dorsey to Plaintiff's American Express account no. xxxxxxxxxxx1001 (Bates No. CB 0083)

    5.    Citibank Customer Electronic Funds Transfer Payment Report regarding $1,500 transfer by Mark Dorsey to Plaintiff's American Express account no. xxxxxxxxxxx1001 (Bates No. CB 0084)

    6.    Deposit Agreement ("Client Manual") for Citibank consumer accounts. (Bates Nos. CB 0085-111)

These documents are contemporaneously being provided to Plaintiff via first class mail. Citibank is also in possession of account statements of Mark Dorsey, but under state and federal law, such documents cannot be released to Plaintiff without the written consent of Mark Dorsey or, if applicable, in response to a valid subpoena.

  **C.**    **Computation of damages.**

    None.

  **D.**    **Insurance agreements.**

    None.

Respectfully submitted,

_____/s/ *Tessa L. Frederick*_____
Tessa L. Frederick, Bar No. 465519
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant, Citibank, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May 2008, a copy of the foregoing Defendant, Citibank's **Defendant's Rule 26(a)(1) Disclosures** was sent via first class mail, postage prepaid, to:

Michael B. Dorsey
1245 ½ Duncan Place, N.E.
Washington, D.C. 20002

Pro Se Plaintiff

_____/s/ *Tessa L. Frederick*_____
Tessa L. Frederick