UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL B. DORSEY, PRO SE | * |
| PLAINTIFF | *   CIVIL ACTION No. 07-0885 (PLF) |
| VS | * |
| CITIBANK | * |
| DEFENDANT | * |

## OPPOSITION TO DEFENDANT CITIBANK'S SUBPOENA FOR DOCUMENTS FROM AMERICAN EXPRESS AS COUNSEL FAILED TO ESTABLISH RELEVANCE

### Prefatory Remarks

*Counsel has attempted technicalities and failed; so why badger American Express; they are former litigants in this case – and what does Dorsey & Associates have to offer defendant's defense, insofar as the interrogatories are concerned?*

*Does counsel desire a defense that Michael Dorsey has not a case because he and Dorsey and Associates, Inc. are not the same? If that is the case, was not a similar defense invoked at the outset? is it appropriate now, and is the defense appropriate and timely?*

This matter comes after the defendant, Citibank, submitted a subpoena for information from American Express for review in this case. The defendant might have asked why did the plaintiff oppose the subpoena – the plaintiff asks why is the information necessary when Dorsey &Associates is not a party to this case? This plaintiff said that the defendant should ask American Express for the information, but did not in any way imply that he would not oppose the request. It was a mere suggestion because he does not hold or control the information. Moreover counsel refuses to see information from her client, Citibank – Why?

RECEIVED
AUG 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-2-

This opposition comes as the defendant appears to be predisposed to question American Express with subpoenas but refuses to subpoena information from the source that actually has it, the client, Citibank. Citibank possesses the primary paper trail of this case, as it is not among the information that is sought, unless, of course, the information is known by counsel.

### Discussion

The defendant seeks information from Dorsey & Associates, Inc., not the plaintiff – a third party to this action. Does the defendant proffer that the plaintiff is not the injured party as was proffered with Mark Dorsey, the plaintiff's son? ... or does the defendant claim that the plaintiff and Dorsey and Associates, Inc. are inseparable – or, does the defendant believe that Michael Dorsey, the plaintiff does not deserve association with Dorsey & Associates, Inc. for the purpose of this case? And does the defendant claim that Dorsey & Associates, Inc. is not a party to this case and is not or should not be associated with this case?

Defendant Citibank seeks information from the plaintiff that the third party holds and has sought access for the information several times. Defendant also exhibits a strong propensity to badger the former defendant in this case (American Express) for information as she refuses to seek information from her client, Citibank – information that the client, and only the client holds. Is it because the client has revealed the information and counsel knows it? Such information is the time line for Citibank's payment of the $1500 to the plaintiff's American Express account. Counsel admits that the information is necessary, and has asked the plaintiff for it on more than one occasion.

Counsel for defendant Citibank is deliberately attempting to conceal reasons why she desires information so as to not discuss the reason for needing information – such as counsel appears to indicate Dorsey and Associates and Michael Dorsey are not parties to the action; and

-3-

desire benefits because of that – that Michael Dorsey is the plaintiff and Dorsey and Associates is not a plaintiff. If counsel desires we can ask to include Dorsey & Associates and Mark Dorsey as plaintiffs in this case.

Counsel for defendant has no defense and is making attempts to seek technicalities against the plaintiff and shift the blame. If counsel had a defense it would have been invoked at the outset.

Respectfully submitted,

Michael B. Dorsey

This 26th day of August, 2008

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

MICHAEL B. DORSEY, PRO SE          *

        PLAINTIFF          *

                                    CIVIL ACTION No. 07-0885 (PLF)

                             *

VS          *

CITIBANK          *

        DEFENDANT          *

                             *

---

**OPPOSITION TO DEFENDANT CITIBANK'S SUBPOENA
FOR DOCUMENTS FROM AMERICAN EXPRESS
AS COUNSEL FAILED TO ESTABLISH RELEVANCE**

**CERTIFICATE OF SERVICE**

I certify that a copy of this opposition to defendant's subpoena has been mailed, postage, prepaid to counsel for the defendant:

                                      Tessa L. Frederick, Esq.
                                      Miles & Stockbridge, P. C.
                                      10 Light Street
                                      Baltimore, Md. 21202

_____
Michael B. Dorsey, Plaintiff Pro se

This 26th day of August, 2008